# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSA ROJO-GALLEGO,<br><br>　　　　Defendant. | Case No. 20-CR-1754 CAB<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Cathy Ann Bencivengo |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice,

IT IS HEREBY ORDERED that the Information in the above-entitled action be dismissed without prejudice.

IT IS FURTHER ORDERED the bond filed for the release of the defendant is hereby exonerated.

**IT IS SO ORDERED.**

Dated: December 18, 2020

_____
Honorable Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE